■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

THEODORE IPPOLITO, Appellant. [621 NYS2d 1006] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Bristol, J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Lawton, J. P., Fallon, Wesley, Doerr and Boehm, JJ.